In the Matter of the Claim of MICHAEL DIESTER, Respondent, *v.* THE WOLPERT REALTY Co., INC., et al., Appellants.

(Argued May 12, 1931; decided May 22, 1931.)

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wieder- sum* and *E. C. Aiken* of counsel), for respondent.

Order reversed and claim dismissed, with costs in all courts against the State Industrial Board on the ground claimant was an independent contractor; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.